IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

**DUSTY MORTON, Individually and on**                                                          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                  No. 9:20-cv-245-MJT

**ACORN OUTDOOR SERVICES, INC.,**                                           **DEFENDANTS**
**and JUSTIN PENICK**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

        Respectfully submitted,

        **DUSTY MORTON, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

        */s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**and**    **ACORN OUTDOOR SERVICES, INC.,
and JUSTIN PENICK, DEFENDANTS**

        BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717

        Mark D. Temple
Tex. Bar No. 00794727
Federal ID No. 19552
mtemple@bakerlaw.com

        */s/ Paul M. Knettel*
Paul M. Knettel
Tex. Bar No. 24102031
Federal ID No. 3005240
pknettel@bakerlaw.com

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorney of record:

Mark D. Temple, Esq.
Paul M. Knettel, Esq.
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
mtemple@bakerlaw.com
pknettel@bakerlaw.com

                                                */s/ Josh Sanford*
                                                **Josh Sanford**