IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DUSTY MORTON, Individually and on | § | |
| Behalf of All Others Similarly Situated | § | |
| | § | CIVIL ACTION NO. 9:20-cv-00245 |
| v. | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| ACORN OUTDOOR SERVICES, INC. and | § | |
| JUSTIN PENICK | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint  Stipulation of Dismissal with Prejudice. [Dkt. 35].  The Parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  To the extent that the Parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all pending motions in this matter be DENIED AS MOOT.

**SIGNED this 14th day of December, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge